(April 29, 1977)

KATHERINE JAMES et al., Respondents, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.—Order, Supreme Court, New York County, entered on April 14, 1977, unanimously affirmed for the reasons

stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Evans, Capozzoli and Yesawich, JJ.